IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**ALDRAIN JERAY BOOKER**                                    **PETITIONER**

VS.                    **CASE NO. 2:10CV00100 JMM**

**T.C. OUTLAW, WARDEN,**                                    **RESPONDENT**

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young.  No objections have been filed.  After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  Judgment will be entered accordingly.

IT IS SO ORDERED this  8   day of  December , 2010.


_____
UNITED STATES DISTRICT JUDGE