IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**ALDRAIN JERAY BOOKER**                                       **PETITIONER**

VS.                       CASE NO. 2:10CV00100 JMM

**T.C. OUTLAW, WARDEN,**                                        **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought is denied.

IT IS SO ORDERED this  8  day of   December  , 2010.


_____
UNITED STATES DISTRICT JUDGE